THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT RICHARDSON, Also Known as HANIF RICHARDSON, Appellant. [935 NYS2d 266]—

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Centra, J.P., Peradotto, Carni, Lindley and Sconiers, JJ.